Original

United States District Court

District of Southern Florida

FILING FEE

PAID _____ NO

In Forma _____ NO
Pauperis

Clarence Maddox, Clerk

Robert M. Harris
_____
Plaintiff

Case No. 00-6089 CIV-FERGUSON

vs

Terrance Thompson
Joseph Fariello                    Civil Rights Complaint
Vincent Maffei                     Pursuant to:
Lurana S. Snow                     42 U.S.C.    1983
Drug Enforcement Agency, Administration
Broward Sheriff Office
Fort Lauderdale Police Department
Marine Enforcement Office              R.I.C.O
United States Marshal Service
_____    EXTORTION CONSPIRACY
            Defendants              CLAIM

MAGISTRATE
SORRENTINO

FILED BY
00 JAN 19 PM 2 05

( A. ) JURISDICTION

   This complaint alleges that the civil rights of plantiff

Robert M. Harris who presently resides at FCI Butner P.O. Box

1000, Butner, N.C. 27509-1000, were violated by the actions of

defendants which were directed against plaintiff in Fort

Lauderdale, Florida on the following date:    August 5, 1998

furtherance ongoing.

-1-

**Make a copy of this page to provide the below**
**information if you are naming more that five (5) defendants**

2) Defendant __TeRRance Thompson__ resides at __Fort Lauderdale__
      (full name of first defendant)           (address of first defendant)

and is employed as __Assistant U.S.A. Attorney__. This defendant is sued in his/her
      (defendant's position and title, if any)

✓ individual ✓ official capacity. (Check one or both). Explain how this defendant was acting

under color of law: __PeRform the Key Role in Scheme__
__because he is clothed with power of District Attorney__

3) Defendant __Joseph Fariello__ resides at __Fort Lauderdale__
      (full name of first defendant)           (address of first defendant)

and is employed as __Customs Officer__. This defendant is sued in his/her
      (defendant's position and title, if any)

✓ individual ✓ official capacity. (Check one or both). Explain how this defendant was acting

under color of law: __Undertook investigation for purpose of__
__extortion and thereby abused process.__

4) Defendant __Vincent Maffei__ resides at __Fort Lauderdale__
      (full name of first defendant)           (address of first defendant)

and is employed as __Ft Laud Police Officer__. This defendant is sued in his/her
      (defendant's position and title, if any)

✓ individual ✓ official capacity. (Check one or both). Explain how this defendant was acting

under color of law: __Allegedly made false statements for__
__providing basis for criminal process.__

5) Defendant __LuRana S. Snow__ resides at __Fort Lauderdale__
      (full name of first defendant)           (address of first defendant)

and is employed as __Chief Magistrate Judge__. This defendant is sued in his/her
      (defendant's position and title, if any)

✓ individual ✓ official capacity. (Check one or both). Explain how this defendant was acting

under color of law: __Acted beyond her jurisdiction and__
__abandoned her judicial Role.__

§1983-Form
eff. 8/96

2 A

**Make a copy of this page to provide the below**
**information if you are naming more that five (5) defendants**

2) Defendant Drug Enforcement Agency, Administration resides at Fort Lauderdale
  (full name of first defendant)              (address of first defendant)

and is employed as DEA . This defendant is sued in his/her
  (defendant's position and title, if any)

___ individual ✓ official capacity. (Check one or both). Explain how this defendant was acting

under color of law: Obtained property and documents
through personnel

3) Defendant Broward Sheriff Office resides at Fort Lauderdale
  (full name of first defendant)              (address of first defendant)

and is employed as BSO . This defendant is sued in his/her
  (defendant's position and title, if any)

___ individual ✓ official capacity. (Check one or both). Explain how this defendant was acting

under color of law: Obtained property through personnel

4) Defendant Fort Lauderdale Police Department resides at Fort Lauderdale
  (full name of first defendant)              (address of first defendant)

and is employed as FLPD . This defendant is sued in his/her
  (defendant's position and title, if any)

___ individual ✓ official capacity. (Check one or both). Explain how this defendant was acting

under color of law: Obtained property through personnel

5) Defendant Marine Enforcement Office resides at Fort Lauderdale
  (full name of first defendant)              (address of first defendant)

and is employed as MEO . This defendant is sued in his/her
  (defendant's position and title, if any)

___ individual ✓ official capacity. (Check one or both). Explain how this defendant was acting

under color of law: Allegedly made false statements for
providing basis for criminal process.

6) Defendant __United States Marshal__ resides at __Fort Lauderdale__
   (full name of first defendant)         (address of first defendant)

and is employed as __United States Marshal Service__. This defendant is sued in his/her
   (defendant's position and title, if any)

___ individual ✓ official capacity. (Check one or both). Explain how this defendant was acting

under color of law: __Serve plantiff an arrest warrant__
__with no probable cause.__

7) Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to
   assert jurisdiction under different or additional statutes, list them below.

_____

_____

---------------------------------

**B. NATURE OF THE CASE**

1)   Briefly state the background of your case.

The present case is a civil Rights

complaint pursuant to Bivens v Six Unknown

Agents of the Federal Bureau of Narcotics

403 U.S. 388 (1971). "Conspiracy Extortion"

4th Amendment Search and Seizure Violation

14th Amendment False Arrest

_____

---------------------------------

§1983-Form
eff. 8/96                              3

# Cause "Malice" in Scheme

From the summer of 1997 to September 1998 the plantiff was investigated for drug and money laundering activities and indictment was filed on October 15, 1997 August 5, 1998 incident arrest detained the plantiff (1)Legal Causation Police officer Vincent Maffei alledged observing plantiff as a subject on board the Dakota 36' night of arrest as it was being pulled from the water(2)Commencement of prosecution of proceeding on an information laid before the magistrate. Grand Jury indicted the plantiff August 13, 1998. Joseph Fariello was the only person to come before the Grand Jury. The changes was:

Count 1: Conspiracy to import cocaine

Count 2: Conspiracy to import marijuana

Count 3: Possession with intent to distribute cocaine

Count 4: Possession with intent to distribute marijuana

Upon conviction on Counts One through Four,

Count 5: the plaintiff shall forfeit to the United

States ONE Dakota boat seize at time of arrest

with its assessories.

Joseph Fariello undertook an further investigation

and reason and revealed that the Plaintiff

have numerous vehicles, Real estate properties

and vessels and based on a probable cause affidavit

through the investigations of the Dea, BSO

and FLPD on August 20, 1998  Chief U.S.

Magistrate Judge Lurana S. Snow issued ten

4A

seizure warrants for vessels and vehicles subject them to forfeiture either in South Florida or in South Carolina. DEA, BSO FIPD personnel seized the following:

1. 1997 32' Dakota Sportfisherman (FL4447KN)
2. 1997 25' Monterey Cabin Cruiser (FL5852KA)
3. 1997 GMC pick-up truck (Fl. tag # UXH-45C)
4. 1998 Mercury Mountaineer (Fl. tag# UBR-49E)
5. 1964 Ford Mustang convertible (VIN: 4Y85Z114925)
6. 1998 Pace Trailer (Fl tag # XIM-15Y)
7. 1996 Jet Ski Bombardier (FL1796KC)
DEA obtained documents.
36' Dakota boat (order of preliminary forfeiture)
$3700 found at the time of arrest
1997 Mercedes Benz
1964 and 1965 Ford Thunderbird Classics

At Fort Lauderdale in trial on Docket No. 98-6128 cr Zloch Related to # 9:98-1012 District of South Carolina (3) Termination in favor

4 B

of the plantiff two drug-related conspiracy absence elements charged and absence of probable cause to arrest did ~~exist~~ exist. Plantiff was found guilty Presence of malice therein February 10, 1999 an arrest warrant was served by the U.S. Marshal Service at Fort Lauderdale. In courtroom of Lurana S. Snow a removal hearing was held an the plantiff was transported to South Carolina. Plantiff was arraigned in Case No 9:98-1012 on March 15, 1999 and the trial was scheduled to begin on June 14, 1999 Presentence Investigation Report became available on case Plantiff was found guilty for disclosure to both parties; District Attorney

4C

Terrence Thompson and counsel for the plantiff. Round about March 18, 1999. In the Report; Adjustment for Role in the Offense to be warranted that involved five or more participants. increase by four levels. Errol Edwin Pritchard was the least culpable individual involved in this conspiracy.          Round about April 9, 1999

In an remote time an place of the plantiff arrest the prosecuter Terrence Thompson re-indicted the plantiff, seize mere propinquity persons on case no 99-6064 cr Demetreolus / Snow which consist of 5 participants. Indictment Read as whole contains one count alleged that the Plantiff concealed and faciliated

40

marijuana, cocaine and crack cocaine in
which have elements in the Role Assessment
of the Plantiff presentence Report in which
may be incorporated by Reference in other counts
to an conspiracy from 1992-1998 activities. in
where the plantiff was to face charges in South
Carolina. for said charge case 9:98-1012 Beaufort
Division.

April 23, 1999 at Sentencing the counsel for
plantiff objected to all in the Pre Sentence
Investigation Report. The Government Reported
no objections pursuant to Administrative Order
95-02. The court adopted the factual findings
and guideline application in the presentence

4E

Report to be imprisoned for 600 months.

**Damages to Plantiff by Reason thereof**

1. Plantiff had to appeal the Judgement and Sentence of a cruel and unusual punishment.

2. Loss of love; companionship, affection, sexual Relation, comfort and solace.

3. Assult Resulting in bodily injury.

4. Diminution of service as husband and father.

5. Obtainment of property from another person consent.

6 Disassemble of family.

7. Mental suffering.

8 Embarrassment.

9. Lost time and lost earnings.

4F

10. Losses Resulting from forclosure of property.

11. Loss Relationship to other interests and Remedies.

12 Rental value of property

13 Payment of debts and taxes.

'Violation Constitution Civil Right  14 (Fourteen)'

Vincent Maffei statements provided on information

that was laid before the courts of observation probable

cause to arrest. Factual existence evidence at

Fort Lauderdale in trial Plantiff was handcuffed at

11:45 pm.  Underline named defendant testified

under oath for a fact at 12:10 am he observed the

truck and empty trailer of the 36' Dakota boat

on Davie Blvd. Then he followed the truck and

trailer traveling to the boat ramp and watched

the plantiff on the vessel while it was being

retrieved from the water. Evidence in the record

support a finding of actual malice proof of falsity.

These testimony apply to August 5, 1998. arrest.

5

Special Agent <u>Joseph Fariello</u>, after plantiff arrest incident, furtherance investigation through DEA, BSO, FLPD based a probable cause affidavit of plantiff support of large family, numerous vehicles real estate properties and vessels. Magistrate Judge Lurana S. Snow issued search and seizure warrants on August 20, 1998 to search houses belonging to Plantiff and seize property, documents and effects.

District Attorney <u>Terrence Thompson</u> "cause malice in scheme."

1. Legal Causation
2. Commencement of Prosecution
3. Termination in favor of Plantiff
4 Presence of malice therein
5. Absence of probable Cause
6. Damage to Plantiff

<u>Magistrate Judge Lurana S. Snow</u> issued extended search and seizures warrants after plantiff incident arrest on a case pending before the court which is case No 98 6128 cr Zloch. The act occured round about August 20, 1998 and furtherance. Seizure of an Mercedes Benz was obtained from another jurisdiction. Plantiff property was ordered subject for forfeiture in South Carolina or South Florida On February 10, 1999 a visit from her courtroom was to be transported to South Carolina but for Jeopardy.

"but for" Violation of 4th Amendment

5 B

<u>Drug Enforcement Agency</u> personnel obtained property and documents. about August 20, 1998 and/or furtherance.

<u>Broward Sheriff Office</u> personnel obtained property. about August 20, 1998 and furtherance.

<u>Fort Lauderdale Police Department</u> personnel obtained property about August 20, 1998 and/furtherance.

<u>Marine Enforcement Office</u> personnel allegedly made false statements for providing basis for criminal process during plantiff trial.

<u>U.S. Marshal's Service</u> served an arrest warrant February 10, 1999 with no probable cause. Round about April 9, 1999 on persons.

5C

## Supporting Facts

Defendants are a Governmental body and private parties that are intertwined in symbiotic relationship engaged in illegal government activity deemed to be state action.

National Broadcasting Company inc V. Communication Workers of America 860 F2d 1022 (11th Cir 1988)

Arrest made with probable cause constitutes absolute bar to § 1983 claim for false arrest. Material facts exists that support a finding of created circumstances. Fernanda Alberto Ortega v. W. Christian 85 F3D 1521 (11th Cir 1995)

6

The Rule permitting warrantless searches incident to arrest permits the police to search a lawfully arrested person and areas within suspect immediate control. The issuing magistrate wholly abandoned her judicial role by issuing an open ended search and seizure warrant supported by affidavit related the Results of an extensive investigation which was unreasonable in Remote time and place. of searches and seizures. of the subject arrest.

United States v Leon  468 US 897 82 LED 677, 104 Sct 3405

The Fourth Amendment provides that the Right of the people to be secure in their

property, houses, papers, effect and persons shall not be violated, and physical entry of the home is the chief evil against which the wording of the Fourth Amendment is directed. <u>United States v United States District Court</u>, 407 Us 297 313 32 LEd 2D 752, 92 Sct 2125 (1972)

Unconstitutional searches and seizures was a direct result of discovery of persons, effects documents, houses and papers and property. The illegality is at least the but for cause in some sense the product of illegal govern--mental activity. <u>Segura v United States</u> <u>468 US 796, 82 LEd 2d 599, 104 S Ct 3380</u>

8

## D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1)     Have you filed other actions in state or federal courts involving the same or similar facts as involved in this action? _____ Yes ✓ No. If your answer is "Yes", describe each lawsuit. (If more than one, describe the others on an additional page following the below outline).

     a)     Defendants: _____

     b)     Name of court and docket number: _____

     c)     Disposition (for example, was the case dismissed, appealed or is it still pending?):

          _____

     d)     Issues raised: _____

          _____

          _____

     e)     Approximate date it was filed: _____

     f)     Approximate date of disposition: _____

2)     Have you filed an action in federal court that was **dismissed because it was determined to be frivolous, malicious, or failed to state a claim upon which relief could be granted?** ✓ Yes _____ No. If your answer is "Yes", describe each lawsuit. (If you have had more than three actions dismissed based on the above reasons, describe the others on an additional page following the below outline).

Lawsuit #1 dismissed as frivolous, malicious, or failed to state a claim:

     a)     Defendants: Terrence Thompson, et al. / _____

     b)     Name of court and case number: Brwd Cwty Fed. Court 1 99-7644 Civ-Dimite

     c)     The case was dismissed because it was found to be (check one): _____ frivolous _____ malicious or ✓ failed to state a claim upon which relief could be granted.

     d)     Issues raised: Persons conspired to falsely charge in pending federal criminal case _____

     e)     Approximate date it was filed: _____

     f)     Approximate date of disposition: December 29, 1999

§1983-Form
eff. 8/96

9

REQUEST FOR RELIEF


I believe that I am entitled to the following relief:

Release of PERSONS:    SHENITA SMITH
From incarceration
                       ABRIL TUFF

                       ALTON TUFF

                       CECIL FREDERICK

                       MOSES PIER

Plantiff release from incarceration.

Releases of Houses:    13612 Tangerine Bllvd.,  Royal Palm Beach, FL.
to owner               2778 N.W. 9th Street, Ft Laud. Fl.
                       3137 N.W 16th Street, Ft. Laud. FL.
                       500 N.W. 22nd ave, FT. Laud. ,FL
                       680 S.W. 30th Terrace, FT. Laud

                       2511 N.W. 9th Street, Ft. Laud. FL.

                       1640 N.W. 52nd Avenue, Ft Laud. FL.

                       840 N.W. 27th Avenue  Ft. Laud. Fl.

                       2766 N.W. 9th Street , Ft Laud., Fl.


ALL Seized
 Vessels and Vehicles what was subject to forfeitures

 Documents ,  Moneys

Punitive and Compensatory Damages ;$7,000,000  Dollars
  ( Consortium Damages )              (seven million dollars)


     I understand that a false statement in this complaint will

     subject to penalties of perjury. I declare under penalty of

     perjury under the laws of the United States of America that

     the Foregoing is true and correct. 28 U.S.C. 1746 & 18-1621

     This complaint was prepared by Plantiff. _Robert Haur_


(10)