```
                        UNITED STATES DISTRICT COURT
                        SOUTHERN DISTRICT OF FLORIDA

                        CASE NO. 00-6089-CIV-FERGUSON
                        MAGISTRATE JUDGE SORRENTINO
ROBERT HARRIS,                :

        Plaintiff,            :

v.                            :     REPORT RE DISMISSAL
                                    28 U.S.C. §1915A(b)
TERRANCE THOMPSON, et al.,    :

        Defendants.           :
_____
```

On April 26, 1996, the following statute, 28 U.S.C. §1915A was enacted:

> Sec. 1915A. Screening
>
> (a) Screening.--The court shall review, before docketing, if feasible or, in any event, as soon as practicable after docketing, a complaint in a civil action in which a prisoner seeks redress from a governmental entity or officer or employee of a governmental entity.
> (b) Grounds for Dismissal.--On review, the court shall identify cognizable claims or dismiss the complaint, or any portion of the complaint if the complaint--
> (1) is frivolous, malicious, or fails to state a claim upon which relief may be granted; or
> (2) seeks monetary relief from a defendant who is immune from such relief.
> (c) Definition.--As used in this section, the term "prisoner" means any person incarcerated or detained in any facility who is accused of, convicted of, sentenced for, or adjudicated delinquent for, violations of criminal law or the terms and conditions of



      parole, probation, pretrial release, or diversionary program.

The plaintiff in this case, Robert Marvin Harris, is a detainee in Case No. 99-6064-Cr-Dimitrouleas, currently hospitalized for treatment at the Federal Correctional Institution in Butner, North Carolina, having been found mentally incompetent to stand trial. He is represented by counsel in the criminal case.

Harris has been a party to the following cases in this Court:

Criminal: 1. <u>United States v. Harris, et al.</u>
98-6128-Cr-Zloch
Cocaine and marijuana offenses
Judgment after trial 4/27/99.
Affirmed, No. 99-10791; 11/23/99.

2. <u>United States v. Harris, et al.</u>
99-6064-Cr-Dimitrouleas
Narcotics; money laundering.
Pending.

Civil: 3. <u>Harris v. United States</u>
99-7572-Civ-Zloch
§2255; Re: 98-6128-Cr-Zloch
Pending.

4. <u>Harris v. Thompson, et al.</u>
99-7644-Civ-Dimitrouleas
Bivens; attack on pending charges
   in Case No. 99-6064-Cr-Dimitrouleas.
Dismissed; failure to state a claim; 1/19/00.

5. <u>Harris v. Thompson, et al.</u>
00-6089-Civ-Ferguson
Bivens; Attack on pending charges.
Pending.

The present case is a civil rights complaint pursuant to <u>Bivens v. Six Unknown Agents of the Federal Bureau of Narcotics</u>, 403 U.S. 388 (1971). The defendants are an Assistant United States Attorney, a Customs Officer, and a Fort Lauderdale Police Officer, a United States Magistrate Judge, a DEA Agent, and other such persons. Harris alleges that these persons conspired to falsely arrest and charge him in his pending federal criminal case, wrongfully seized property, and so forth. He seeks $7,000,000.00 in damages and release from incarceration for himself and his codefendants.

This complaint fails to state a claim for several reasons, the most obvious of which is that it is not the appropriate vehicle to attack a pending federal criminal prosecution.

It is therefore recommended that this complaint be dismissed pursuant to 28 U.S.C. §1915A(b)(1), because it fails to state a claim upon which relief may be granted.

Objections to this report may be filed with the District Judge within ten days of receipt of a copy of the report.

Dated: February 28, 2000

_____
UNITED STATES MAGISTRATE JUDGE

3

```
cc:  Robert Harris, Pro Se
     Reg. No. 54630-004
     FCI - Butner (Medium)
     P. O. Box 1000
     Butner, NC 27509-1000
```