**CLOSED CIVIL CASE**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6089-CIV-FERGUSON
MAGISTRATE JUDGE SORRENTINO

ROBERT HARRIS,

    Plaintiff,

v.

TERRANCE THOMPSON, et al.,

    Defendants.

ORDER OF DISMISSAL
28 U.S.C. §1915A

    For the reasons stated in the Report of the Magistrate Judge and upon independent review of the file, it is

    ORDERED AND ADJUDGED as follows:

    1. This case is dismissed pursuant to 28 U.S.C. §1915A(b)(1), because it fails to state a claim upon which relief may be granted.

    2. All pending motions not ruled upon by separate order are dismissed, as moot.

    DONE AND ORDERED at Fort Lauderdale, Florida, this 29TH day of February, 2000.

    _____
    UNITED STATES DISTRICT JUDGE

cc: Robert Harris, Pro Se